


U.S. Department of Justice

United States Attorney's Office
Eastern District of New York

DSS:AAS
F.#2013R00958

271 Cadman Plaza East
Brooklyn, New York 11201

LEVY, M.J.    June 27, 2013

BY HAND DELIVERY and ECF

Clerk of the Court
(for forwarding to randomly assigned U.S. District Judge)
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

The Honorable Roslynn R. Mauskopf
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: United States v. Choudry Muhammad Khalil

Dear Clerk of the Court and Judge Mauskopf:

Pursuant to Local Rule 50.3.2, the government hereby notifies the Court that the above-captioned case is presumptively related to United States v. Jamil Ahmed, No. 12 CR 291 (RRM) ("Ahmed").

Local Rule 50.3.2(b)(1) provides for a "presumption that one case is 'related' to another when the facts of each arise out of the same charged criminal scheme(s), transaction(s), or event(s), even if different defendants are involved in each case." Local Rule 50.3.2(c)(1) directs the United States Attorney's Office to "give notice to all relevant judges whenever it appears that one case may be presumptively related to another pursuant to Section (b)(1)."

This letter constitutes the notice directed by Local Rule 50.3.2(c)(1). This case is presumptively related to Ahmed because the facts of Choudry Muhammad Khalil's prosecution arise out of the same criminal scheme as charged in Ahmed. Specifically, defendant Khalil is charged in an indictment with making false statements to federal law enforcement authorities regarding the conspiracy to produce fraudulent identity documents charged in Count One of the indictment in Ahmed. As the case is thus presumptively related, the government respectfully submits

that reassignment would be appropriate, as it would likely result in a significant savings of judicial resources and serve the interests of justice.

Respectfully submitted,

LORETTA E. LYNCH
United States Attorney

By: _____
Alexander A. Solomon
Assistant U.S. Attorney
(718) 254-6074

cc: Lori Cohen, Esq. (via electronic mail)