GERALD J. MCMAHON
ATTORNEY AT LAW
THE STANDARD OIL BUILDING
26 BROADWAY, 18TH FLOOR
NEW YORK, NEW YORK 10004

(212) 797-1877 (TEL)
(212) 797-1419 (FAX)
gm@geraldjmcmahon.com (E-MAIL)

WEBSITE
www.geraldjmcmahon.com

LEGAL ASSISTANT
Cassandra Lapal Williams

March 31, 2014

By ECF

The Honorable Roslynn R. Mauskopf
United States District Judge
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

    Re: United States v. Choudry Muhammad Khalil
        13 Cr. 386 (RRM)

Dear Judge Mauskopf:

In connection with the pending motion to dismiss, this letter is to advise the Court that defendant Khalil will rely solely on his original moving papers.

Very truly yours,

Gerald J. McMahon

GJM:cw
cc: AUSA Alexander A. Solomon
      (by ecf)